# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　Plaintiff,<br><br>v.<br><br>MASTERCRAFT OF LAS VEGAS, INC.,<br><br>　　　Defendant. | Case No. 2:09-cv-01067-LDG (LRL)<br><br>**ORDER** |

　　　Plaintiff filed a proposed default (#7).  The Clerk of the Court has treated the document as a Motion for Entry of Clerk's Default, and has notified the plaintiff of its failure to file an application and accompanying affidavit, as required by Fed. R. Civ. Pro. 55(a).  The deficiency has not been corrected.  Accordingly,

　　　THE COURT **ORDERS** that Plaintiff's Motion for Entry of Clerk's Default (#7) is DENIED.

DATED this ____ day of September, 2010.

_____
Lloyd D. George
United States District Judge